UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No.: 13-4895
2:11-cr-00034-RBS-DEM-2

ABUKAR OSMAN BEYLE

       Defendant - Appellant,

v.

UNITED STATES OF AMERICA

       Plaintiff - Appellee.

## MOTION FOR EXTENSION
## OF TIME TO FILE OPENING BRIEF

COMES NOW, the Appellant, Abukar Osman Beyle("Beyle"), by counsel, pursuant to Rule 26 (b) of the Federal Rules of Appellate Procedure, and for good cause shown below, moves the Court for an extension of time to file the opening Brief and Appendix. The current filing deadline is May 21, 2014 and the Appellant requests an extension until July 31, 2014.

The reason for this extension is the length and complexity of the trial. The trial transcript is over 5,000 pages not including exhibits.

In order to represent my client with the necessary diligence and zeal on this appeal, counsel needs additional time to read the trial transcripts and various other documents to become familiar with any and all possible issues in the case. This case also requires consulting and coordination with counsel for the other Appellant. The Appellants do not speak English and a Somalian interpreter is required for any discussions of the case with my client.

There has been no previous requests for an extension in this matter.

Prior to filing this Motion, counsel spoke to counsel for the United States and there is no object to an extension. Counsel has also spoke to the attorney for the other Appellant and he joins in the request for an extension.

Counsel contends that good cause exists and therefore, an extension until **July 31, 2014** is requested.

Respectfully Submitted,

ABUKAR OSMAN BEYLE


_____/s /_____
Lawrence H. Woodward, Jr., Esq.
Virginia State Bar #21756
Attorney for the Appellant,
 Abukar Osman Beyle
Shuttleworth, Ruloff, Swain,
 Haddad & Morecock, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, Virginia   23452
Telephone Number:  (757) 671-6000
Facsimile Number:   (757) 671-6004
Email address: lwoodward@srgslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing (NEF) to the following:

Benjamin L. Hatch, Esq.
Assistant United States Attorney
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone No.: 757/441-6331
Fax No.: 757/441-6689
Email: Benjamin.Hatch@usdoj.gov

James Stephen Ellenson
Virginia State Bar #
Attorney for Appellant,
  Shani Nurani Shiekh Abrar
Law Office of James Stephen Ellenson
2600 Washington Ave, Suite 1007
Newport News, VA 23607
Telephone No.: (757) 244-4445
Fax No.: (757) 245-5535
Email Address: jseatty@aol.com


                              _____/s /_____
                              Lawrence H. Woodward, Jr., Esq.
                              Virginia State Bar #21756
                              Attorney for the Appellant,
                                Abukar Osman Beyle
                              Shuttleworth, Ruloff, Swain,
                                Haddad & Morecock, P.C.
                              4525 South Boulevard, Suite 300
                              Virginia Beach, Virginia   23452
                              Telephone Number:  (757) 671-6000
                              Facsimile Number:    (757) 671-6004
                              Email address: lwoodward@srgslaw.com